BEFORE THE FIRST DIVISION, MARCH 5, 1968

**No. P68/101.**—Famous Jobbing Company, Inc., et al. *v.* United States, protests 63/11437, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.